Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
mschuller@truckerhuss.com

Attorneys for Plaintiffs
WESTERN CONFERENCE OF
TEAMSTERS PENSION PLAN and
WESTERN CONFERENCE OF
TEAMSTERS PENSION TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN; et al,<br><br>Plaintiffs,<br><br>vs.<br><br>DIANA LEE JENNINGS; et al.<br><br>Defendants. | Case No. CV 10-03629 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES**<br> AS MODIFIED |

    This Stipulated Request For Order Continuing The Deadline To File Initial Disclosures is made and entered into by and among plaintiffs Western Conference of Teamsters Pension Plan and Western Conference of Teamsters Pension Trust Fund (collectively, the "Plaintiffs") and defendant Minnie Hironaka. Plaintiffs' counsel has attempted to contact Defendant Diana Lee Jennings to obtain her consent to this stipulation, but Ms. Jennings has not returned Plaintiffs' counsel's calls or responded to Plaintiffs' counsel's letters and has not formally appeared in this action.

    The Court previously set December 7, 2010, as the last day to make initial disclosures required by Fed.R.Civ.P.26(a)(1). The Plaintiffs and Defendant Hironaka agree and believe that for purposes of time and efficiency, it is in the interest of all parties to postpone initial disclosures until ten (10) days after the completion of court-sponsored mediation or other Alternative Dispute Resolution ("ADR") process in the event that such mediation or ADR process does not resolve the

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. CV 10-03629 EDL
#1129781

1

dispute. No other deadlines in the case would be affected.

WHEREFORE, the Parties stipulate as follows:

### STIPULATION

The December 7, 2010 deadline to complete initial disclosures set by the Court's order dated November 1, 2010 (Docket #7) shall be continued to ten (10) days after mediation or ADR process is complete if such mediation or ADR process does not resolve the dispute.

IT IS SO STIPULATED.

DATED: December 6, 2010

TRUCKER + HUSS

By: /s/Michelle L. Schuller
Michelle L. Schuller

Attorneys for Plaintiffs Western Conference of Teamsters Pension Plan and Western Conference of Teamsters Pension Trust Fund

DATED: December 6, 2010

By: _____
Defendant Minnie Hironaka (pro se)

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010

_____
Elizabeth D. Laporte
Magistrate Judge of the United States District Court

dispute. No other deadlines in the case would be affected.

WHEREFORE, the Parties stipulate as follows:

### STIPULATION

The December 7, 2010 deadline to complete initial disclosures set by the Court's order dated November 1, 2010 (Docket #7) shall be continued to ten (10) days after mediation or ADR process is complete if such mediation or ADR process does not resolve the dispute. or such other date as the Court may set at the case management conference on December 17, 2010.

IT IS SO STIPULATED.

DATED: December 6, 2010                    TRUCKER ✦ HUSS

                                           By: /s/Michelle L. Schuller
                                               Michelle L. Schuller

                                           Attorneys for Plaintiffs Western Conference of
                                           Teamsters Pension Plan and Western Conference
                                           of Teamsters Pension Trust Fund

DATED: December 6, 2010

                                           By: /s/Minnie Hironaka
                                               Defendant Minnie Hironaka (pro se)

### [~~PROPOSED~~] ORDER

AS MODIFIED
PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __December 7__, 2010

                                           _____
                                           Elizabeth D. Laporte
                                           Magistrate Judge of the United States District Court

---

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is 100 Montgomery Street, 23rd Floor, San Francisco, California 94104. On this date, I caused the forgoing document to be served by placing a true copy thereof in an envelope, affixing fully prepaid postage thereon, sealing and placing said envelope in the United States mail at San Francisco addressed to the following:

Diana Lee Jennings
274 No. Murrieta Blvd.
Livermore, CA 94551

Ms. Minnie Hironaka
1426 Dewitt Ave., Apt. B
Clovis, CA 93612

I declare under penalty of perjury that the above is true and correct. Executed on December 6, 2010, at San Francisco, California.

/s/Michelle L. Schuller

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. CV 10-03629 EDL
#1129781

3